530 A.2d 547

City of Erie, Pennsylvania and The Officers and Employees Retirement Board in the City of Erie, Pennsylvania, Appellants *v.* Irene M. Alessi, Appellee.

Submitted on briefs May 18, 1987, to Judges MAC-PHAIL and BARRY, and Senior Judge BLATT, sitting as a panel of three.

*Barry T. Drew,* Deputy City Solicitor for City of Erie, Appellant.

*Darrel C. Negri,* for appellee.

OPINION BY JUDGE BARRY, September 2, 1987:

The City of Erie and its Retirement Board appeal an order of the Court of Common Pleas of Erie County which granted a motion for judgment on the pleadings filed by the appellee, Irene Alessi, and ordered the appellants to pay her a total disability pension.

The sole issue before the Common Pleas Court and this Court is whether appellee offered sufficient proof to the Retirement Board to establish her entitlement to a total disability pension. As this question was ably disposed of in the opinion of the Honorable JESS S. JIULIANTE, we will affirm on the basis of that opinion. *Alessi v. City of Erie,*      Pa. D. & C. 3d      (1986).

ORDER

Now, September 2, 1987, the order of the Court of Common Pleas of Erie County, dated April 18, 1986, at No. 3052-A-1985, is affirmed.